IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN WATKINS and CATHERINE WATKINS, *Plaintiffs*, v. GOVERNMENT EMPLOYEES INSURANCE COMPANY A/K/A GEICO, *Defendant*. | CIVIL ACTION NO. 21-1654 |

## ORDER

**AND NOW**, this 26th day of April, 2021, upon consideration of Defendant Government Employees Insurance Company a/k/a Geico's Motion to Dismiss (ECF No. 3), and Plaintiff having filed an Amended Complaint (ECF No. 4), it is hereby **ORDERED** that the motion is **DENIED as moot.**

BY THE COURT:

 */s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.